# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2025

## NO. 03-25-00376-CV

**Thrive Counseling, LLC and Steven Wright, Appellants**

**v.**

**Kylie DeFrance, Appellee**

**APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on February 26, 2025. Appellants have filed a joint unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below